STATE OF NEW JERSEY v. FRANCIS H. WALSH, JR.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN RIVERA.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS GILMORE, JR.

May 30, 1985.

Petition for certification granted. (See 199 *N.J.Super.* 389)

STATE IN THE INTEREST OF J.S.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE LEE GREEN.

May 30, 1985.

Petition for certification denied.